# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-73-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| ALPHONSE TREVON BIRD IV, | |
| Defendant. | |

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the indictment is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Crim. P. 48(a). **IT IS FURTHER ORDERED** that the trial scheduled for March 28, 2023, at 8:30 a.m. is **VACATED**.

DATED this __2nd__ day of March 2023.

_/s/ Brian Morris_

Brian Morris, Chief District Judge
United States District Court